PRIVATE AND CONFIDENTIAL
ATTORNEY CLIENT PRIVILEGED COMMUNICATION
ATTORNEY WORK PRODUCT

DECLARATION OF ERIC MAZUR

I, Eric Mazur, having a work address of 1801 K Street, NW, Suite 500, Washington, DC, do hereby swear, affirm, and attest as follows, based upon my personal knowledge and or belief:

1.

I am over 18 years of age and competent to testify to the matters stated in this declaration. I make this declaration based upon my personal knowledge. This declaration is given voluntarily.

2.

I am a Director of Forensic Services with Navigant Consulting. I am a part of Navigant Consulting's Dispute and Investigations practice. I am located in their offices at 1801 K Street, NW, Suite 500, Washington, DC 20006.

3.

I have over fifteen of experience in computer evidence recovery, computer forensic analysis, data preservation, electronic file processing, forensic imaging, data restoration form tape, examination of Internet activities, recovery of deleted files, tracing and production of email communications, and examination of hidden data areas. I have extensive experience in technology projects relating to the forensic recovery and electronic discovery process of data. I also have extensive experience in leading highly

1

sensitive and complex computer forensic and electronic discovery investigations as well as recovering mass amounts of data residing on backup media.

4.

From 1990 to 2001, I was with the Metropolitan Police Department, Washington, D.C., Financial Investigations Unit. While with the Department, I was a Detective. I was responsible for conducting financial and computer crime investigations, obtaining and executing financial search and seizure warrants, tracking illegal proceeds through financial institutions, recovery of electronic evidence from seized computer devices, interviewing suspects and witnesses, instructing investigators in computer criminal information systems, and processing of all seized property to be held for civil forfeiture in the District of Columbia. My work also included seizure and analysis of magnetic media, recovery of deleted and hidden files, creation of forensic images of seized media originating from a variety of operating systems.

5.

From 2001 to 2002, I was a Computer Forensic Specialist/Instructor at CSC/Federal Defense Group. I worked as a federal contractor with the Department of Defense Cyber Crime Center. I taught computer forensics and computer crime investigations to federal, state, and local law enforcement officers.

6.

From 2002 to 2007, I was a Senior Manager with Deloitte, Financial Advisory Services in their Analytics and Forensic Technology Practice.

7.

From 2006 to 2007, I was a Principal with LECG in their Electronic Discovery Practice.

8.

From 2007 to February 2009, I was a National Director of Computer Forensic Services with Thomson Reuters, Litigation Consulting Services.

9.

I received a B.A. in Criminal Justice from the University of Maryland, College Park, Maryland. A detailed summary of my qualifications is provided in the curriculum vitae attached at Exhibit A. A summary of cases I have provided computer forensic/electronic discovery expert witnesses services for is attached as Exhibit B.

10.

I have been retained by counsel for the Defendants in the matter of *Hamilton, et al. v. Partners HealthCare, et al.*, Civ. No. 1:09-cv-11461-DPW.

11.

Although I have been retained by the Defendants in the above-referenced matter, I have not performed a specific review of their data at this point in the case. Therefore, the actual volume of data in this case could be larger or smaller than the industry-estimates provided below.

12.

In my experience, a conservative, industry-estimate for user-controlled files (e.g., e-mail, Word documents, etc.) is 4 gigabytes per custodian.

3

13.

In my experience, a conservative, industry-estimate for the number of pages of documents per gigabyte is 50,000 pages.

14.

I verify that the information I have provided in this declaration is true and correct.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on January 29, 2010

_____
Eric Mazur