

Eric V. Mazur
Director

Navigant Consulting
1801 K ST, NW Suite 500
Washington, DC 20006
Phone: 202.481-8465
Cell:
Fax: 202 973-2401

eric.mazur@navigantconsulting.com

**Professional History**

- Thomson Reuters, Litigation Consulting Services
  National Director, Forensic Services
- LECG
  Principal, Forensic Services
- Deloitte Financial Advisory Services
  Senior Manager, Analytic Forensic Technology Practice

**Education**

- B.A., Criminal Justice, The University of Maryland, College Park, Maryland
- EnCE – EnCase Certified Examiner
- Seized Computer Recovery Specialist – Federal Law Enforcement Training Center
- A+ Certification – Computing Technology Industry Association
- Electronic Evidence Collection Specialist – IACIS
- Certified Technical Trainer – Computing Technology Industry Association
- Certified PDA Examiner (CPDAE) – Paraben Corporation

**Professional Associations & Awards**

- International Association of Computer Investigative Specialists
- Regional Computer Forensic Group
- High Technology Crime Investigation Association
- Security Association of Financial Institutions
- Association of Certified Fraud Examiners
- Middle Atlantic Organized Crime Law Enforcement Network
- U.S. Department of Justice 13th Annual International Law Enforcement Award
- U.S. Department of Justice 19th Annual International Law Enforcement Award
- Nominated – 1998 US Department of Justice Outstanding National Achievement Award

# Eric V. Mazur

Mr. Mazur is a Director of Forensic Services with Navigant Consulting's Dispute and Investigations practice. For the past 8 years he has managed large technology projects relating to the forensic recovery and electronic discovery process of data demanded by subpoena while employed by Thomson Reuter's Litigation Consulting Practice, Deloitte's Analytic Forensic Technology Group and LECG's Electronic Discovery Practice. During his tenure with those firms, he has forensically produced millions of pages of client data for critical privileged legal review. He has extensive experience leading highly sensitive and complex computer forensic and electronic discovery investigations as well as recovering mass amounts of data residing on backup tape. Previously Mr. Mazur worked at the Department of Defense Cyber Crime Center as a federal contractor where he taught computer forensics and computer crime investigations to federal, state and local law enforcement officers. During this time Mr. Mazur held a Top Secret security clearance. He is a seized computer evidence recovery specialist (SCERS) trained by the U.S. Treasury Department and he has received extensive training from the International Association of Computer Investigative Specialists (IACIS) as well as being a Certified Encase Forensic Examiner. In Mr. Mazur's 20 years of experience, he has conducted hundreds of computer forensic examinations for both federal, state and local law enforcement agencies while a Detective with the Metropolitan Police Department's Financial Investigative Unit in Washington, DC. Mr. Mazur is highly regarded as an expert witness in computer forensics and electronic discovery and has extensive experience testifying in US Courts.

## Professional Experience

Thomson Reuters, Litigation Consulting Services 9/2007-2/2009
Director, Washington, DC.

LECG, Electronic Discovery Practice, 12/2006- 9/2007
Principal, Washington, DC.

Deloitte, Financial Advisory Services, 10/2002- 12/2006
Analytics and Forensic Technology Practice
Senior Manager, Washington, DC.

• In his prior leadership positions, Eric was responsible for managing large engagement teams and providing technical leadership in the Electronic Discovery Practice addressing such areas as: Data Preservation, Electronic File Processing, Forensic Imaging, Computer Forensic Analysis, Data Restoration from Tape, Examination of Internet Activities, Recovery of Deleted Files, Recovery, Tracing and Production of Email Communications in large scale litigations and the Examination of Hidden Data Areas such as cache, swap, temporary files and unallocated space.



Eric V. Mazur

CSC/Federal Defense Group, 5/2001- 9/2002
Department of Defense, Defense Computer Investigations Training Academy
Computer Forensic Specialist / Instructor
Security Clearance- Top Secret

• Responsible to develop and deliver technical training in computer digital evidence recovery to Federal, State and Local law enforcement at the Department of Defense Cybercrime Center in Linthicum, Maryland. Expertise in computer seizures, computer forensics examinations, evidence collection, court testimony, storage media, engineering principles, computer hardware and DOS/Windows based Computer Forensic Tools.

Metropolitan Police Department, Washington, DC
Financial Investigations Unit, 2/90 – 5/2001
Detective/Seized Computer Evidence Recovery Specialist

• Responsible for Conducting financial and computer crime investigations, obtaining and executing financial search and seizure warrants, tracking illegal proceeds through financial institutions, recovery of electronic evidence from seized computer devices, interviewing of suspects and witnesses, instructing investigators in computer criminal information systems, and processing of all seized property to be held for civil forfeiture in the District of Columbia. Seizure and analysis of magnetic media, recovery of deleted and hidden files, creation of forensic images of seized media originating from a variety of operating systems