UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE HAMILTON, LYNNE P. CUNNINGHAM and CLAIRE KANE, on behalf of themselves and all other employees similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC, PARTNERS COMMUNITY HEALTHCARE, INC., THE BRIGHAM AND WOMEN'S HOSPITAL, INC., BRIGHAM AND WOMEN'S/FAULKNER HOSPITALS, INC., FAULKNER HOSPITAL, INC., MARTHA'S VINEYARD HOSPITAL, INC., THE MASSACHUSETTS GENERAL HOSPITAL, MCLEAN HEALTHCARE, INC., THE MCLEAN HOSPITAL CORPORATION, NANTUCKET COTTAGE HOSPITAL, NEWTON-WELLESLEY HOSPITAL, NEWTON-WELLESLEY HEALTH CARE SYSTEM, INC., NORTH SHORE CHILDREN'S HOSPITAL, INC., NORTH SHORE MEDICAL CENTER, INC., NSMC HEALTHCARE, INC., THE SALEM HOSPITAL, UNION HOSPITAL AUXILIARY OF LYNN, INC., JAMES J. MONGAN, M.D., and DENNIS D. COLLING,<br><br>DEFENDANTS. | Civil Action No. 1:09-cv-11725<br><br>Civil Action No. 1:09-cv-11461 |

## PARTIES' JOINT STATUS REPORT REGARDING MEDIATION

Plaintiffs Diane Hamilton, Lynne P. Cunningham, and Claire Kane, on behalf of themselves and all other employees similarly situated and Defendants Partners HealthCare System, Inc., Partners Community HealthCare, Inc., The Brigham and Women's Hospital, Inc., Brigham and Women's/Faulkner Hospitals, Inc., Faulkner Hospital, Inc., Martha's Vineyard Hospital, Inc., The Massachusetts General Hospital, McLean HealthCare, Inc., The McLean Hospital Corporation, Nantucket Cottage Hospital, Newton-Wellesley Hospital, Newton-

Wellesley Health Care System, Inc., North Shore Children's Hospital, Inc., North Shore Medical Center, Inc., NSMC HealthCare, Inc., The Salem Hospital, and Union Hospital Auxiliary of Lynn, Inc., (collectively, the "Parties") hereby state that the Parties have filed Plaintiffs' Unopposed Motion For Preliminary Approval of Class and Collective Action Settlement and Incorporated Memorandum of Law in both the Federal Action and the State Action on November 5, 2011.  Since that time, Defendants have mailed Class Action Fairness Act notices to the appropriate state and federal officials on November 12, 2010.  On December 23, 2010, the Court held a hearing on the Plaintiffs' Unopposed Motion For Preliminary Approval of Class and Collective Action Settlement, which the Court denied without prejudice.  The Parties are working to address the Court's concerns and will submit a supplemental filing as directed by the Court.  The Parties supplemental filing is due February 16, 2011.

The Parties will provide a further update on or before March 1, 2011.

    Respectfully submitted,

    DIANE HAMILTON, et al.

    By their attorneys,

    /s/ Patrick J. Solomon
    THOMAS & SOLOMON LLP
    Patrick J. Solomon, Esq. (admitted *pro hac vice*)
    J. Nelson Thomas, Esq. (admitted *pro hac vice*)
    Michael J. Lingle, Esq. (admitted *pro hac vice*)
    Justin M. Cordello, Esq. (admitted *pro hac vice*)
    693 East Avenue
    Rochester, New York 14607
    Telephone:  (585) 272-0540
    psolomon@theemploymentattorneys.com
    nthomas@theemploymentattorneys.com
    mlingle@theemploymentattorneys.com
    jcordello@theemploymentattorneys.com

DWYER & COLLORA, LLP
Jody L. Newman (BBO No. 542264)
Ariatna Villegas-Vazquez (BBO No. 655249)
600 Atlantic Avenue
Boston, MA 02210-2211
Telephone: (617) 371-1000
jnewman@dwyercollora.com
avillegas-vazquez@dwyercollora.com

PARTNERS HEALTHCARE SYSTEM, INC., et al.

/s/ Christopher B. Kaczmarek
LITTLER MENDELSON, P.C.
David C. Casey (BBO No. 077260)
Christopher B. Kaczmarek (BBO No. 647085
One International Place, Suite 2700
Boston, MA 02110
Telephone: (617) 378-6000
dcasey@littler.com
ckaczmarek@littler.com

Lisa A. Schreter (admitted *pro hac vice*)
Angelo Spinola (admitted *pro hac vice*)
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326
Telephone: (404) 233-0330
lschreter@littler.com
aspinola@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 1, 2011              /s/ Christopher B. Kaczmarek
                                     Christopher B. Kaczmarek

Firmwide:99890949.1 063738.1001