UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIANE HAMILTON, LYNNE P. CUNNINGHAM and CLAIRE KANE, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC., PARTNERS COMMUNITY HEALTHCARE, INC., THE BRIGHAM AND WOMEN'S HOSPITAL, INC., BRIGHAM AND WOMEN'S/FAULKNER HOSPITALS, INC., MARTHA'S VINEYARD HOSPITAL, INC., THE MASSACHUSETTS GENERAL HOSPITAL, MCLEAN HEALTHCARE, INC., THE MCLEAN HOSPITAL CORPORATION, NANTUCKET COTTAGE HOSPITAL, NEWTON-WELLESLEY HOSPITAL, NEWTON-WELLESLEY HEALTHCARE SYSTEM, INC., NORTH SHORE CHILDREN'S HOSPITAL, INC., NORTH SHORE MEDICAL CENTER, INC., NSMC HEALTHCARE, INC., THE SALEM HOSPITAL, UNION HOSPITAL AUXILIARY OF LYNN, INC., and FAULKNER HOSPITAL, INC.,<br><br>Defendants. | ) | Civil Action NO. 09-11461-DPW |

JUDGMENT OF DISMISSAL
July 21, 2016

In accordance with the Memorandum and Order issued today in this case providing an extended explanation for the granting [Dkt. No. 221] of Defendants' Motion for Judgment on the

Pleadings [Dkt. No. 115], all the plaintiffs' claims are hereby DISMISSED.

***/s/ Douglas P. Woodlock*****______**
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE